THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 28, 2019



Brett H. Ludwig
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In Re: | Chapter 13 |
| **Shirley J Gates** | |
| *aka* **Shirley Lambert** | Case No. 18-28209-bhl |
| *aka* **Shirley J. Gates Living Trust** | |
|     **Debtors** | |

## ORDER MODIFYING STAY

SN Servicing as servicer for US Bank Trust National Association, as Trustee of the SCIG Series III Trust, its successors, servicing agents, and/or assigns (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtors' property located at 5653 West Joleno Lane, Brown Deer, WI 53223 (the "Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: to the extent the stay applies, it is modified to permit the Movant to offer, negotiate and enter into loss mitigation or mortgage modification options with consent of the Debtors.

IT IS FURTHER ORDERED: the Movant's request for *In Rem* relief is denied without prejudice and Movant may renew its Motion by letter notice to the Court.

IT IS FURTHER ORDERED: all other relief requested in this motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to the Bankruptcy Rule 4001(a)(3)

#####